JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Rafael Reyna, et al., | ) Case No.: CV 09-03397 JFW(CWx) |
| Plaintiffs, | ) ASSIGNED TO: |
| v. | ) THE HON. JOHN F. WALTER<br>) United States District Judge |
| Sylmar Suites, LLC, et al., | ) ORDER DISMISSING ACTION PURSUANT TO |
| Defendants. | ) RULE 41(a)(ii) OF THE FEDERAL RULES<br>) OF CIVIL PROCEDURE WITHOUT PREJUDICE<br>) TO PLAINTIFFS' REFILING UNDER STATE<br>) LAW IN THE STATE COURTS OF CALIFORNIA |

The court having read and considered the stipulation of counsel for PLAINTIFFS RAFAEL REYNA and JUNE REYNA and DEFENDANTS SYLMAR SUITES, LLC and J. MARK AND ASSOCIATES, LLC. filed pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure;

IT IS HEREBY ordered that the above entitled action is hereby dismissed without prejudice to PLAINTIFFS' rights to refile their state law claims in the Superior Court of the State of California for the County of Los Angeles.

Dated:   November 19, 2009

By:_____
JOHN F. WALTER

---

Order Dismissing Action without prejudice pursuant to FRCP 41(a)(ii)
REYNA v. SYLMAR SUITES et al. CV 09-03397 JFW(CWx)

```
 1                        United States District Judge

 2  Approved as to Form

 3  LAW OFFICES OF ZAMOS & OKOJIE

 4  By:_____
       JEROME ZAMOS Attorneys for Plaintiffs
 5     RAPAEL REYNA and JUNE REYNA

 6  EARLY, MASLACH & VAN DUEC

 7
    By:_____
 8     MICHAEL J. O'CONNOR Attorneys for Defendants
       SYLMAR SUITES, LLC and
 9     J. MARK AND ASSOCIATES, LLC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    _____
         Order Dismissing Action without prejudice pursuant to FRCP 41(a)(ii)
            REYNA v. SYLMAR SUITES et al. CV 09-03397 JFW(CWx)
```